**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | )   Case No. 1:21-cr-193-JPH-DLP-4 |
| v. | ) |
| | ) |
| ALESHALIA BOSS, | ) |
|     Defendant. | ) |

## ORDER

This matter is before the Court upon Defendant's unopposed Motion to Continue the Detention Hearing or to Conduct the Same by Electronic Means presently set in this Case for July 21, 2021. The Court, being duly advised, now finds that the relief requested should be GRANTED for the reasons set forth in Defendant's motion.

IT IS THEREFORE ORDERED that the July 21, 2021 detention hearing (Hearing) and is CONTINUED and reset for the 26th day of July, 2021 at 9:00 a.m. via video teleconference before the criminal duty magistrate judge.

**SO ORDERED.**

Dated: __7/21/2021___

                                                Tim A. Baker
                                               United States Magistrate Judge
                                               Southern District of Indiana

COPIES:

Theodore J. Minch, Esq.              Bradley Blackington, Esq.
Sovich Minch, LLP                   United States Attorney's Office
tjminch@sovichminch.com       bradley.blackington@usdoj.gov